Form 13-8

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## COURT-APPROVED RETENTION AGREEMENT
**(for cases filed on or after March 15, 2021)**
**(Signature Page)**

DocuSigned by:
*Patricia Williamson*

**Patricia A Williamson**
Debtor

/s/ David H. Cutler

**David Cutler**
Lawyer

Date: 10/24/21

_____
Debtor

Date: 10/24/2021